## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| William Ortega Mainato,<br><br>Petitioner,<br><br>v.<br><br>PATRICIA HYDE, Acting Director of Boston Field Office, United States Immigration and Customs Enforcement, et al.,<br><br>Respondents. | Civil Action No. 25-11570 |

## ORDER TO SHOW CAUSE, STAY OF TRANSFER
## OR REMOVAL UNTIL COURT HEARING

May 30, 2025

**STEARNS, D.J.**

Petitioner William Ortega Mainato, an Ecuadorian national, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241(a), contending that he is being unlawfully confined in violation of the Constitution and laws of the United States.

The Court orders as follows:

1.    **Service of Petition**

Counsel will serve a copy of the Petition and this Order on respondents and the United States Attorney for the District of Massachusetts within seventy-two of the issuance of the Order.

2.    **Order**

To provide a fair opportunity for petitioner to be heard, the court schedules a SHOW CAUSE hearing on **Thursday June 5, 2025, at noon** on any contested issues

of due process or jurisdiction.  Until this court rules on such issues, respondents will not remove the petitioner from the jurisdiction of the United States or transfer petitioner to a judicial district outside of Massachusetts.

SO ORDERED.

UNITED STATES DISTRICT JUDGE

.