# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| William Ortega Maipnato,<br><br>   Petitioner,<br><br>   v.<br><br>PATRICIA HYDE, Acting Director of Boston Field Office, United States Immigration and Customs Enforcement, et al.,<br><br>   Respondents. | Civil Action No. 25-cv-11570- RGS |

## ORDER OF FURTHER STAY OF TRANSFER OR REMOVAL

STEARNS, D.J.

  Following today's court hearing, held at noon on June 5, 2025, with all parties represented and in agreement, the court will extend the existing stay order. Respondent will not remove the petitioner, William Ortega Mainato, from the jurisdiction of the United States or transfer petitioner to a judicial district outside of Massachusetts pending the ruling by the Immigration Judge before whom the bond renewal application is currently pending. Counsel shall promptly notify the court concerning the decision taken by the Immigration Judge. The court will docket the motion for bond filed on petitioner's behalf that was provided to the court by his immigration attorneys as part of the record of the case.

                SO ORDERED.

                _/s/ Richard G. Stearns_
                Richard G. Stearns
                UNITED STATES DISTRICT JUDGE

Issued at Boston, Massachusetts
June 5, 2025