**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| WILLIAM ORTEGA MAINATO, | |
| Petitioner, | |
| v. | Civil Action No. 1:25-cv-11570-RGS |
| PATRICIA HYDE, *Field Office Director, et al.,* | |
| Respondents. | |

STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action

hereby stipulate to dismiss this action, without prejudice, and parties to bear their own attorney's

fees and costs.  Plaintiff waives all right to appeal of this dismissal.


Respectfully Submitted,

WILLIAM ORTEGA MAINATO          LEAH B. FOLEY
Petitioner                                        United States Attorney

By:                                                  By:
*/s/ Syrie D. Fried*                           */s/ Michael Sady*
Syrie D. Fried                                  Assistant U.S. Attorney
Good Schneider Cormier                  United States Attorney's Office
Fried & Brooks                                1 Courthouse Way, Ste. 9200
83 Atlantic Avenue                          Boston, MA 02210
Boston, MA 02110                           617-748-3100
(617) 523-5933                                michael.sady@usdoj.gov
Email: sf@gscfboston.com

August 15, 2025